STATE v. WARREN

No. 120PA87.

Case below: 84 N.C. App. 235.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 May 1987.

THE AMERICAN MARBLE CORP. v. CRAWFORD

No. 80P87.

Case below: 84 N.C. App. 86.

Petition by defendant (Ronald Lee Crawford) for discretionary review pursuant to G.S. 7A-31 denied 5 May 1987.